UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| KAREN ELLIOTT, AMANDA GOODRICH, STEVEN ELLIOTT, AMY MAREFAT, DARLA CASBY, SOMMER WALLS, BOBBY LEBER, CAITLYN ROE, NICHOLAS DeHARO, BRIANNE LEBER, by and through her Guardian ad Litem, Bobby Leber, and AUTUMN LEBER, by and through her Guardian ad Litem, Bobby Leber,<br><br>Plaintiffs,<br><br>vs.<br><br>CESSNA AIRCRAFT CO., a Kansas Corporation; TEXTRON AVIATION, INC., a Kansas Corporation; CONTINENTAL AEROSPACE TECHNOLOGIES, INC., a Delaware Corporation; ANTONIO PASTINI, as an individual and as the Settlor of the Antonio P. Pastini Living Trust dated November 21, 2011; THE ESTATE OF ANTONIO PASTINI; DEBORAH PASTINI, as Personal Representative of THE ESTATE OF ANTONIO PASTINI; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 8:20-cv-00378-SB-ADSx<br><br>Assigned to Hon. Stanley Blumenfeld, Jr.<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER** |

-1-
ORDER

# ORDER

Having considered the parties' Stipulated Protective Order, the Court finds that good cause exists to grant the Stipulated Protective Order.

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: __January 13__, 2021

/s/ Autumn D. Spaeth
HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge