McNICHOLAS & McNICHOLAS, LLP
Matthew S. McNicholas, Esq. – State Bar No. 190249
Douglas D. Winter, Esq. – State Bar No. 150795
Emily R. Pincin, Esq. – State Bar No. 334566
10866 Wilshire Boulevard, Suite 1400
Los Angeles, California 90024
Tel: (310) 474-1582
Fax: (310) 475-7871

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| KAREN ELLIOTT, AMANDA GOODRICH, STEVEN ELLIOTT, AMY MAREFAT, DARLA CASBY, SOMMER WALLS, BOBBY LEBER, CAITLYN ROE, NICHOLAS DeHARO, BRIANNE LEBER, by and through her Guardian ad Litem, Bobby Leber, and A.L., by and through her Guardian ad Litem, Bobby Leber,<br><br>Plaintiffs,<br><br>vs.<br><br>CESSNA AIRCRAFT CO., a Kansas Corporation; TEXTRON AVIATION, INC., a Kansas Corporation; CONTINENTAL AEROSPACE TECHNOLOGIES, INC., a Delaware Corporation; ANTONIO PASTINI, as an individual and as the Settlor of the Antonio P. Pastini Living Trust dated November 21, 2011; THE ANTONIO P. PASTINI LIVING TRUST DATED NOVEMBER 21, 2011; THE ESTATE OF ANTONIO PASTINI; DEBORAH PASTINI, as Personal Representative of THE ESTATE OF ANTONIO PASTINI; and DOES 1 through 100, Inclusive,<br><br>Defendants. | CASE NO. 8:20-cv-00378-SB-ADS<br>*(Assigned to Hon. Judge Stanley Blumenfeld, Jr.)*<br><br>**UPDATED NOTICE OF SETTLEMENT**<br><br>FAC Filed: March 12, 2021 |

As a response to the Court's OSC Re: Dismissal (Dkt. No. 95), Plaintiffs in the above-entitled action hereby submit this updated notice to set forth the settlement statuses for the benefit of the Court.

The parties in this matter (Plaintiffs, and each of them, and Defendants, and each of them) and the parties in the matter entitled *Starr Indemnity & Liability Company v. Dunham Trust Company, et al.* (No. 5-21-cv-00142-SB-ADS) (the "Declaratory Relief Action") have reached a global resolution and settlement in this case and the Declaratory Relief Action. Specifically, the following settlements have been reached:

1. Settlement between Plaintiffs and Defendant Textron Aviation, Inc. in this action ("Textron Settlement");
2. Settlement between Plaintiffs and Defendant RAM Aircraft, LP in this action ("RAM Settlement"); and
3. Settlement by and between Plaintiffs and Starr Indemnity & Liability Company, Dunham Trust Company, Deborah Pastini, State Farm General Insurance Company, First National Insurance Company of America as to this action and the Declaratory Relief Action ("Estate Settlement").

Defendants' counsel have prepared the settlement and release agreements for Plaintiffs' review and signature. Release agreements for the Textron Settlement and the Estate Settlement have been fully executed. Plaintiffs are awaiting receipt of the fully executed release agreement for the RAM Settlement. Plaintiffs are informed and believe that general counsel for RAM Aircraft LP is in the process of signing and returning the fully executed release agreement.

There remain no other outstanding issues regarding settlement of the two actions. Plaintiffs in this action and Defendants First National Insurance Company of America and State Farm General Insurance Company (the "Subrogation Parties") have agreed upon a division of the proceeds from the Estate Settlement.

**UPDATED NOTICE OF SETTLEMENT**

Accordingly, Plaintiffs and the Subrogation Parties no longer intend to submit that matter to mediation.

Plaintiffs' counsel will be submitting a single Petition for Minor's Compromise for minor A.L.'s portion of the settlement proceeds as to the Textron Settlement, the RAM Settlement, and the Estate Settlement.

Dated: December 1, 2021          McNICHOLAS & McNICHOLAS, LLP


By:   /s/ Douglas D. Winter
      Matthew S. McNicholas
      Douglas D. Winter
      Attorneys for Plaintiffs