UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN ELLIOTT, AMANDA GOODRICH, STEVEN ELLIOTT, AMY MAREFAT, DARLA CASBY, SOMMER WALLS, BOBBY LEBER, CAITLYN ROE, NICHOLAS DeHARO, BRIANNE LEBER, by and through her Guardian ad Litem, Bobby Leber, and AUTUMN LEBER, by and through her Guardian ad Litem, Bobby Leber,<br><br>Plaintiffs,<br><br>v.<br><br>CESSNA AIRCRAFT CO., a Kansas Corporation; TEXTRON AVIATION, INC., a Kansas Corporation; CONTINENTAL AEROSPACE TECHNOLOGIES, INC., a Delaware Corporation; ANTONIO PASTINI, as an individual and as the Settlor of the Antonio P. Pastini Living Trust dated November 21, 2011; THE ANTONIO P. PASTINI LIVING TRUST DATED NOVEMBER 21, 2011; THE ESTATE OF ANTONIO PASTINI; DEBORAH PASTINI, as Personal Representative of THE ESTATE OF ANTONIO PASTINI; and DOES 1 through 100, Inclusive,<br><br>Defendants. | CASE NO. 8:20-cv-00378-SB-ADS<br>*(Assigned to Hon. Judge Stanley Blumenfeld, Jr.)*<br><br>**ORDER DISMISSING ACTION** |

1

**ORDER**

Pursuant to the stipulation of the Parties under Federal Rule of Civil Procedure 41(a)(1)(ii),

IT IS HEREBY ORDERED that this action is dismissed with prejudice as to all claims, causes of action, and Parties, with each party bearing that party's own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: August 15, 2022

Stanley Blumenfeld, Jr.
United States District Judge